IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE R. WATSON, : | |
| o/b/o A.H. : | |
|     Plaintiff : | |
| : | CIVIL ACTION |
| vs. : | |
| : | NO. 08-1858 |
| MICHAEL J. ASTRUE, : | |
| Commissioner of Social Security : | |
| : | |
|     Defendant : | |

## ORDER

AND NOW, this 13th day of March, 2009, upon consideration of Plaintiff's Request for Review (Doc. No. 8), Defendant's Response (Doc. No. 11), the Report and Recommendation of Magistrate Judge Lynne A. Sitarski (Doc. No. 15), to which no objections have been made, and all related submissions, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's request for review is GRANTED in part and DENIED in part to the extent that the matter is REMANDED to the Commissioner of the Social Security Administration for further proceedings consistent with the Magistrate Judge's Report.

3. The decision of the Commissioner is REVERSED for the purposes of this remand only.

4. The Clerk of Court shall mark this action closed for statistical purposes.

AND IT IS SO ORDERED.

*/s Paul S. Diamond*

Paul S. Diamond, J.